```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07881
   GAIL LOGGIN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-2512


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 04/30/2007 and was confirmed 08/23/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 11/16/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG        .00            .00           .00
CAPITAL ONE                UNSECURED       10999.35            .00           .00
B-REAL LLC                 UNSECURED        3447.23            .00           .00
CITIBANK                   NOTICE ONLY    NOT FILED            .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED        7197.63            .00           .00
ILLINOIS DEPT OF HUMAN S   UNSECURED       NOT FILED           .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         435.31            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1106.07            .00           .00
WELLS FARGO FINANCIAL IL   UNSECURED         243.26            .00           .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE   4588.26             .00        864.35
HOMECOMINGS FINANCIAL      NOTICE ONLY    NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        1267.59            .00           .00
WORLD FINANCIAL NETWORK    UNSECURED          53.02            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                         62.65
DEBTOR REFUND              REFUND                                         261.00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                          1,188.00

PRIORITY                                              .00
SECURED                                            864.35
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                62.65
DEBTOR REFUND                                      261.00
                              ---------------    ---------------
TOTALS                           1,188.00           1,188.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 07881 GAIL LOGGIN
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |